**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ERIC HOLMAN, ERICA HOLMAN,
and JAIMIE JOHNSON,

        Plaintiffs,

v.                              CASE NO. 06-10579
                               HON. LAWRENCE P. ZATKOFF

STATE OF MICHIGAN, ET AL,

        Defendants.
_____/

## ORDER DENYING PLAINTIFFS' MOTION

On June 9, 2006, the Court dismissed Plaintiffs' complaint. On October 13, 2006, Plaintiffs filed a motion to amend and supplement their pleadings. The Court will construe Plaintiffs' motion as a motion for relief from judgment. Pursuant to Federal Rule of Civil Procedure 60(b), relief from judgment may granted upon a showing of, inter alia, mistake, excusable neglect, newly discovered evidence, or fraud. Plaintiffs have failed to demonstrate that any of the factors enumerated in Rule 60(b) apply in this case.

Therefore, Plaintiffs' motion is HEREBY DENIED.

IT IS SO ORDERED.

                                              s/Lawrence P. Zatkoff
                                              LAWRENCE P. ZATKOFF
                                              UNITED STATES DISTRICT JUDGE

Dated: November 15, 2006

CERTIFICATE OF SERVICE

    The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on November 15, 2006.

s/Marie E. Verlinde<br>
Case Manager<br>
(810) 984-3290